COPPER CANYON LAW

*43 E. 1ˢᵗ Avenue*
*Mesa, Arizona 85210*
*Office: (480) 833-3838*
[www.coppercanyonlaw.com](www.coppercanyonlaw.com)
Thomas L. Brown (031017)
[Thomas@coppercanyonlaw.com](Thomas@coppercanyonlaw.com)
Cameron J. Mitchell (035735)
[Cameron@coppercanyonlaw.com](Cameron@coppercanyonlaw.com)
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Terri McKelvy, an individual, | Case No. |
| Plaintiff, | |
| vs. | **COMPLAINT** |
| ASARCO LLC, an Arizona limited liability company; and Grupo Mexico S.A. DE C.V., a México Corporation. | |
| Defendants. | |

Plaintiff, Terri McKelvy, by and through undersigned counsel, hereby alleges as follows:

## PARTIES, JURISDICTION, AND VENUE

1.      Terri McKelvy ("Ms. McKelvy") was at all times relevant herein a resident of Pinal County, Arizona.

2.      Defendants ASARCO LLC and Grupo Mexico S.A. DE C.V., collectively "Defendants," at all times relevant herein, held its principle place of business in Pima County, State of Arizona.

3.      ASRACO LLC ("ASARCO") is an Arizona limited liability company doing business in Arizona.

4.     Grupo Mexico S.A. DE C.V. ("Grupo Mexico") is a Mexico incorporation doing business in Arizona.

5.     Grupo Mexico is the parent company to ASARCO.

6.     Ms. McKelvy was at all times relevant herein an employee of ASARCO.

7.     Ms. McKelvy was at all times relevant herein working at the ASARCO Ray Mine located in the town of Kearny, Pinal County, State of Arizona.

8.     All acts, agreements, and contracts hereinafter alleged were to be substantially performed, and completed in Pinal County, Arizona.

9.     All the named Defendants herein, and below-named employees or agents of Defendants, are intended to represent individuals acting either in their individual capacities, or as agents, representatives, directors, shareholders, or employees duly authorized and were acting within their employment with regards to the transactions hereinafter alleged.

10.     Jurisdiction and venue pursuant to 42 U.S.C. § 2000e-5(f)(3) are appropriate in this Court.

**GENERAL ALLEGATIONS**

11.     Ms. McKelvy began working for ASARCO in October 2013 as a Maintenance Managers Clerk.

12.     Over the course of her employment, Ms. McKelvy was ultimately promoted to her current position as a Maintenance Crusher/Tailings Planner.

13.     She reports to the General Supervisor of the Maintenance Mill and Crushing Department.

14.     In or around June 2019, the management of Defendants changed, and Mr. Gabriel Duran became the new General Supervisor in or around September 2019.

15.     Initially, Mr. Duran began to target Ms. McKelvy's work, monitor her work more closely, all more so than her male counterparts, creating a hostile work environment.

16.     Mr. Duran resigned from his position in or around December 2019.

17.     Ms. Esther Romero became the next General Supervisor in or around February 2020.

18.     Despite operating and performing her duties the same as her male coworkers, Ms. Romero would continually admonish Ms. McKelvy for completing her work incorrectly.

19.     Ms. Romero created a bogus notification in the planning system utilized by Ms. McKelvy and the other planners and then blamed Ms. McKelvy for that same notification indicating that it was unacceptable for a planner to submit such a notification.

20.     Ms. Romero also included her supervisor, Mr. Dean Alonzo, the General Operations Supervisor, on these email communications admonishing Ms. McKelvy.

21.     On or about February 24, 2020, Ms. Romero instructed Ms. McKelvy to measure certain sections of pipe.

22.     The pipe hung more than 20 feet above the ground and was typically measured by either third-party vendors or maintenance mechanics, who typically measure and built the pipe as needed.

23.     Even if measuring the pipes was a task she would normally be expected to complete, which it was not, ASARCO had not provided Ms. McKelvy with the necessary

harness training, or any training that is required for working in areas over six (6) feet in height, to complete the task.

24.     In fact, another supervisor agreed with Ms. McKelvy when she suggested that a third-party vendor be utilized, in part, due to the lack of manpower available in-house to compete the work.

25.     One of Ms. McKelvy's male coworker confirmed to her that he had never been asked to do such a task.

26.     Ms. Romero dismissed the third-party vendor called out to complete the measurements and instructed Ms. McKelvy to complete the measurements.

27.     Ms. McKelvy reported the discriminatory actions to Mr. Alonzo, the General Operations Manager, on or about March 4, 2020.

28.     After she discussed the on-going issues with Mr. Alonzo and before Ms. McKelvy could reach the human resources department to bring her complaints against Ms. Romero, Ms. Romero requested a meeting with Ms. McKelvy.

29.     In that meeting, the very same day after reporting the treatment she has been subjected to, Ms. Romero placed Ms. McKelvy on a Performance Improvement Plan ("PIP") and was told that she had not been properly doing her job for the last two years.

30.     This was the first time that such an allegation was voiced to Ms. McKelvy.

31.     Up to this point in time, Ms. McKelvy has received positive evaluations and feedback and has always been accepting of training and direction.

//

//

32.     However, as part of the PIP, Ms. McKelvy was told that she would be evaluated for the next 12 weeks and if Ms. Romero felt that Ms. McKelvy was not improving, she (Ms. McKelvy) would be terminated.

33.     On top of it all, ASARCO ceased providing Ms. McKelvy the semi-annual raises that she was promised when she was promoted.

34.     She continually voiced her concerns and ASARCO knew that the raises were not being provided as promised.

35.     The actions of ASARCO, through its agents, have caused significant emotional trauma to Ms. McKelvy.

36.     Subsequently, Ms. McKelvy formalized Charges of Discrimination against ASARCO on May 1, 2020 and against Grupo Mexico on May 7, 2020, both with the Arizona Civil Rights Division and the EEOC, citing both gender discrimination and retaliation. True and correct copies of the Charges are attached hereto as **Exhibit A**.

37.     The Arizona Civil Rights Division/EEOC issued its Notice of Suit Rights for both charges dated September 30, 2020. True and correct copies of the Notices are attached as **Exhibit B**.

38.     All conditions precedent to this lawsuit have been satisfied or have occurred.

## COUNT ONE
## TITLE VII - UNLAWFUL GENDER DISCRIMINATION

39.     Plaintiff incorporates by reference each and every allegation contained in the preceding paragraphs as though fully set forth herein.

40.     After years of employment with an excellent track record, in or around June 2019, Plaintiff began to be treated differently than her male counterparts and coworkers after Mr. Duran became the new General Supervisor of the Maintenance Department.

41.     Mr. Duran began to target Ms. McKelvy's work, monitor her work more closely, all more so than her male counterparts, creating a hostile work environment.

42.     Following Mr. Duran's resignation in or about December 2019, Ms. Esther Romero became the General Supervisor in or about February 2020.

43.     Despite operating and performing her duties the same as her male coworkers, Ms. Romero would continually admonish Ms. McKelvy for completing her work incorrectly.

44.     Ms. Romero would continually question Ms. McKelvy's knowledge, interrupted Ms. McKelvy when she would attempt to explain things, and punished her for things when her male counterparts were not punished.

45.     Ms. Romero created a bogus notification in the planning system utilized by Ms. McKelvy and the other planners and the blamed Ms. McKelvy for that same notification indicating that it was unacceptable for a planner to submit such a notification.

46.     Ms. Romero also included Mr. Alonzo on these email communications admonishing Ms. McKelvy.

47.     Ms. Romero also required Ms. McKelvy to complete tasks that she was not trained for and that her male coworkers had never been asked to complete, such as measuring pipes in place more than 20 feet above the ground instead of utilizing third-party vendors or maintenance personal, as would normally be the case.

48.     Ms. McKelvy reported these discriminatory actions to the General Operations Manager on or about March 4, 2020.

49.     There are no legitimate nondiscriminatory reasons for these actions.

50.     Defendants, through its agents, have engaged in unlawful discriminatory actions due to Plaintiff's gender with respect to her terms, conditions, privileges, and opportunities of employment in violation of Title VII.

51.     These continued actions have caused severe emotional distress and financial hardship in amounts to be proven at trial.

**COUNT TWO**
**TITLE VII - UNLAWFUL RETALIATION**

52.     Plaintiff incorporates by reference each and every allegation contained in the preceding paragraphs as though fully set forth herein.

53.     Following being forced to endure the targeting and discriminatory actions as set forth above, Ms. McKelvy reported these discriminatory actions to the General Operations Manager on or about March 4, 2020.

54.     After she discussed the on-going issues with Mr. Alonzo, the General Operations Manager, and before Ms. McKelvy could reach the human resources department to bring her complaints against Ms. Romero, Ms. Romero requested a meeting with Ms. McKelvy.

55.     In that meeting, the very same day after reporting the treatment she has been subjected to, Ms. Romero placed Ms. McKelvy on a Performance Improvement Plan ("PIP") and was told that she had not been properly doing her job for the last two years.

56.     This was the first time that such an allegation was voiced to Ms. McKelvy.

57.     Up to this point in time, Ms. McKelvy has received positive evaluations and feedback and has always been accepting of training and direction.

58.     However, as part of the PIP, Ms. McKelvy was told that she would be evaluated for the next 12 weeks and if Ms. Romero felt that Ms. McKelvy was not improving, she (Ms. McKelvy) would be terminated.

59.     On top of it all, ASARCO ceased providing Ms. McKelvy the semi-annual raises that she was promised when she was promoted.

60.     She continually voiced her concerns and ASARCO knew that the raises were not being provided as promised.

61.     The actions of Ms. Romero, the General Supervisor, and ASARCO were in direct response to, and in retaliation of, Plaintiff reporting the earlier unlawful employment practices.

62.     Defendants, through its agents, have engaged in unlawful retaliatory actions in violation of Title VII.

63.     These continued actions have caused severe emotional distress and financial hardship in amounts to be proven at trial.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

A.     For all damages as permitted by law including but not limited to front and back pay damages, emotional distress damages, liquidated damages, and any other damages allowed by law.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

B.      For interest at the highest rate allowed by law from the earliest time permitted by law until the judgment is paid in full.

C.      For attorneys' fees and costs as provided by law or by statute.

D.      For prejudgment and post-judgment interest in the highest amount allowed by law; and,

E.      For such other and further relief as may be just and proper in law and equity.


RESPECTFULLY SUBMITTED this 12th day of October, 2020

**COPPER CANYON LAW, LLC**

/s/ Cameron Mitchell
Cameron Mitchell
43 E. 1st Ave
Mesa AZ, 85210

Exhibit A



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Phoenix District Office**

3300 N. Central Avenue, Suite 690
Phoenix, AZ 85012-2504
(866) 408-8075
TTY (602) 640-5072
FAX (602) 640-5071

## REQUEST FOR NOTICE OF RIGHT TO SUE

DATE:                    05/01/2020

CHARGE NUMBER:           540-2020-02338

CHARGING PARTY:          Terri McKelvy

RESPONDENT:              ASARCO LLC

I hereby request that a Notice of Right to Sue be issued to me for the above-referenced charge. I understand that as a result of this request, the Commission will most likely close my charge of discrimination and take no further action regarding this charge other than issuing the Right to Sue. I also understand that I will have 90 days to file suit in Federal District Court at my own expense once the Right to Sue is issued.

05/01/2020
Date

Signature

PO Box 1404 Florence Az 85132
Current Address

520-705-4131
Current Phone Number

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | |

Arizona Civil Rights Division _____ and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Ms. Terri McKelvy | 520-705-4131 | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| PO Box 1404 | Florence, AZ 85132 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe
Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| ASARCO LLC | 500+ | 520-879-7818 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 5285 E. Williams Circle #2000 | Tucson, AZ 85711 | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest          Latest
02/24/2020

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

Terri began working at ASARCO in 2013 as the Maintenance Managers Clerk. She was ultimately promoted to her current position as a Maintenance Crusher/Tailings Planner.  In June 2019 new management took over and began treating her differently than her male counterparts. Specifically, her new General Supervisor started creating a hostile work environment for Terri by targeting her work and monitoring it more closely than her male counterparts.

For example, Terri began being told regularly by the General Supervisor that she was doing everything wrong, but Terri and her male counterparts were all planning and scheduling the exact same way.  The General Supervisor created a bogus notification in the SAP scheduling system and blamed this bogus notification on Terri, telling her that the notification was unacceptable for any planner to summit into the SAP scheduling system. The General Supervisor also asked Terri to do tasks that were not required of her male counterparts.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 08/01/2020     *[signature]* <br> Date     Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | |

Arizona Civil Rights Division                                   and EEOC

*State or local Agency, if any*

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

On February 24, 2020, the new General Supervisor told Terri it was her responsibility to measure several pieces of pipe that are hanging at least 20 feet in the air which is typically done by an off-site vendor or by maintenance mechanics. When Terri was discussing this request with one of her male counterparts, he told Terri he has never been asked to do something like that.  In addition, Terri has not received her last two raises that were promised at the time of her promotion and was not offered the overtime that was available to other employees, and was not paid for the overtime she did work, after she was told by management that overtime was available due to the copper strike that began October 14, 2019.

After reporting these issues to the General Operations Manager in the morning on March 4, 2020, that same day the General Supervisor retaliated against Terri by requesting Terri to meet with her and the Human Resources Manager. At that meeting Terri was told that she hasn't been doing her job for the last two years.  She then put Terri on a performance improvement plan for the next 12 weeks and she would evaluate Terri weekly and if the General Supervisor didn't feel Terri was improving Terri would be terminated.  Terri had never before been written up for not doing her job and has had nothing but good evaluations since the starting of her employment with ASARCO.  These actions have cause significant harm to Terri.

ASARCO's actions constitute discrimination and retaliation under Title VII of the Civil Rights Act (as amended).

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 05/01/2020          *(signature)*       Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Phoenix District Office**

3300 N. Central Avenue, Suite 690
Phoenix, AZ 85012-2504
(866) 408-8075
TTY (602) 640-5072
FAX (602) 640-5071

## REQUEST FOR NOTICE OF RIGHT TO SUE

DATE:                    5-7-20

CHARGE NUMBER:

CHARGING PARTY:          Terri McKelvy

RESPONDENT:              Grupo Mexico S.A. de C.V.

I hereby request that a Notice of Right to Sue be issued to me for the above-referenced charge.  I understand that as a result of this request, the Commission will most likely close my charge of discrimination and take no further action regarding this charge other than issuing the Right to Sue.  I also understand that I will have 90 days to file suit in Federal District Court at my own expense once the Right to Sue is issued.

5-7-20
Date

Signature

PO Box 1404 Florence AZ, 85132

Current Address

520-705-4134

Current Phone Number

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | |

Arizona Civil Rights Division _____ and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Ms. Terri McKelvy | 520-705-4131 | 6-27-61 |

| Street Address | City, State and ZIP Code |
|---|---|
| PO Box 1404 | Florence, AZ 85132 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| Grupo Mexico S.A. de C.V. | 500+ | 520-879-7818 |

| Street Address | City, State and ZIP Code |
|---|---|
| 5285 E. Williams Circle #2000 | Tucson, AZ 85711 |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 02/24/2020   Latest:
☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

Terri began working at ASARCO in 2013 as the Maintenance Managers Clerk. She was ultimately promoted to her current position as a Maintenance Crusher/Tailings Planner.   In June 2019 new management took over and began treating her differently than her male counterparts. Specifically, her new General Supervisor started creating a hostile work environment for Terri by targeting her work and monitoring it more closely than her male counterparts.

For example, Terri began being told regularly by the General Supervisor that she was doing everything wrong, but Terri and her male counterparts were all planning and scheduling the exact same way.  The General Supervisor created a bogus notification in the SAP scheduling system and blamed this bogus notification on Terri, telling her that the notification was unacceptable for any planner to summit into the SAP scheduling system. The General Supervisor also asked Terri to do tasks that were not required of her male counterparts.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 5-7-20 *Date*    *Terri McKelvy* *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | |

Arizona Civil Rights Division _____ and EEOC

*State or local Agency, if any*

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

On February 24, 2020, the new General Supervisor told Terri it was her responsibility to measure several pieces of pipe that are hanging at least 20 feet in the air which is typically done by an off-site vendor or by maintenance mechanics. When Terri was discussing this request with one of her male counterparts, he told Terri he has never been asked to do something like that.  In addition, Terri has not received her last two raises that were promised at the time of her promotion and was not offered the overtime that was available to other employees, and was not paid for the overtime she did work, after she was told by management that overtime was available due to the copper strike that began October 14, 2019.

After reporting these issues to the General Operations Manager in the morning on March 4, 2020, that same day the General Supervisor retaliated against Terri by requesting Terri to meet with her and the Human Resources Manager. In that meeting Terri was told that she hasn't been doing her job for the last two years.  She then put Terri on a performance improvement plan for the next 12 weeks and she would evaluate Terri weekly and if the General Supervisor didn't feel Terri was improving Terri would be terminated.  Terri had never before been written up for not doing her job and has had nothing but good evaluations since the starting of her employment with ASARCO.  These actions have cause significant harm to Terri.

ASARCO's actions constitute discrimination and retaliation under Title VII of the Civil Rights Act (as amended).

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 5-7-20 _____  *Date*      *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

Exhibit B



**OFFICE OF THE ARIZONA ATTORNEY GENERAL**

CIVIL LITIGATION DIVISION
DIVISION OF CIVIL RIGHTS SECTION

MARK BRNOVICH
ATTORNEY GENERAL

REBEKAH BROWDER
CHIEF COUNSEL

## <u>Dismissal Notice</u>

To:   Terri McKelvy
c/o Timothy F. Coons, Esq.
Copper Canyon Law
43 East 1ˢᵗ Avenue
Mesa, AZ  85210


ASARCO LLC
c/o Robert C. Garcia, Partner
FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, Arizona  85711

Re: Terri McKelvy   v. ASZRCO LLC
CRD No.: CRD-2020-0367
EEOC No.:  35A-2020-00408C


**The Division of Civil Rights Section is closing its file on this charge.**

Notice of Right to Sue requested by Charging Party.


On behalf of the Division,

_____

Rebekah Browder, Chief Counsel

8/11/2020
_____
(Date)



**OFFICE OF THE ARIZONA ATTORNEY GENERAL**

**MARK BRNOVICH**
**ATTORNEY GENERAL**

**CIVIL LITIGATION DIVISION**
**DIVISION OF CIVIL RIGHTS SECTION**

**REBEKAH BROWDER**
**CHIEF COUNSEL**

# <u>NOTICE OF RIGHT TO SUE</u>

<u>Terry McKelvy</u>            v.            <u>ASARCO LLC</u>

CRD No.: <u>CRD-2020-0367</u>            EEOC No.: <u>35A-2020-00408C</u>

On May 4, 2020 , you filed a charge with the Division of Civil Rights Section alleging employment discrimination.  Arizona law provides that you may bring a civil action in Superior Court of the county where the alleged discriminatory action took place.  Should you decide to file a civil action, you must do so *within 90 days* of the date you receive this Notice or *within one year* of the date you filed the charge, *whichever comes first*, A.R.S. § 41-1481(D.)

*This Notice of Right to Sue letter is being issued because:*

Charging Party has submitted a written request

If you have any questions concerning this notice, please contact us at (520) 628-6500 or toll free at 1-877-491-5740. If you need legal assistance, you should seek the advice of an attorney.

BY:

Patricia G. Bianchi, Compliance Manager

Sent by regular mail this __11th__ day of <u>August, 2020</u>

*original:  Timothy Coons, Attorney for Terri McKelvy (Charging Party)*

*cc: Robert Garcia, Attorney for ASARCO LLC  (Respondent)*

EEOC Form 161-B (11/16)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To:   Terri McKelvy
    Po Box 1404
    Florence, AZ 85132

From:   Phoenix District Office
    3300 North Central Ave
    Suite 690
    Phoenix, AZ 85012

☐ *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **35A-2020-00408** | **Robin Campbell,**<br>**State, Local & Tribal Program Manager** | **(602) 661-0041** |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐    More than 180 days have passed since the filing of this charge.

☒    Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒    The EEOC is terminating its processing of this charge.

☐    The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐    The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

☐    The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u>** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*[signature]*

Enclosures(s)

**Elizabeth Cadle,**
**District Director**

September 30, 2020

*(Date Mailed)*

cc:   Human Resources
    ASARCO, LLC
    5285 E. Williams Circle, Suite 2000
    Tucson, AZ 85711

Timothy Coons, Esq.
COPPER CANYON LAW
43 East 1st Avenue
Mesa, AZ 85210

Enclosure with EEOC
Form 161-B (11/16)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

PRIVATE SUIT RIGHTS    --    **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA),
the Genetic Information Nondiscrimination Act (GINA), or the Age
Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within
90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-
day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to
consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell
him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely
manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as
indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate
State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide
after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short
statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of
your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the
charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include
any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters
alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in
some cases can be brought where relevant employment records are kept, where the employment would have
been, or where the respondent has its main office. If you have simple questions, you usually can get answers from
the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint
or make legal strategy decisions for you.

### PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back
pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For
example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit
<u>before 7/1/10</u> – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA
suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above.
Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA
claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

### ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction
in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be
made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your
efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above,
because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

### ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any
questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to
inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide
your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files
are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge
file, **please make your review request <u>within 6 months</u> of this Notice**. (Before filing suit, any request should be
made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*



**OFFICE OF THE ARIZONA ATTORNEY GENERAL**

MARK BRNOVICH
ATTORNEY GENERAL

CIVIL LITIGATION DIVISION
DIVISION OF CIVIL RIGHTS SECTION

REBEKAH BROWDER
CHIEF COUNSEL

## <u>Dismissal Notice</u>

To:  Terri McKelvy
Timothy F. Coons, Esq.
Copper Canyon Law
43 East 1st Avenue
Mesa, AZ  85210


Grupo Mexico S.A.
c/o Robert C. Garcia, Partner
FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, AZ  85711

Re: Terri McKelvy   v. Grupo Mexico S.A.
CRD No.: CRD-2020-0394
EEOC No.:  35A-2020-00413C


**The Division of Civil Rights Section is closing its file on this charge.**

Notice of Right to Sue requested by Charging Party.


On behalf of the Division,

_____
Rebekah Browder, Chief Counsel

8/11/2020
_____
(Date)

400 WEST CONGRESS, SOUTH BUILDING, SUITE S-315, TUCSON, AZ 85701  •  520.628.6500
2005 NORTH CENTRAL AVENUE, PHOENIX, AZ 85004  •  602.542.5263
WWW.AZAG.GOV



OFFICE OF THE ARIZONA ATTORNEY GENERAL

**MARK BRNOVICH**
**ATTORNEY GENERAL**

CIVIL LITIGATION DIVISION
DIVISION OF CIVIL RIGHTS SECTION

**REBEKAH BROWDER**
**CHIEF COUNSEL**

# <u>NOTICE OF RIGHT TO SUE</u>

<u>Terry McKelvy</u>            v.            <u>Grupo Mexico, S.A.</u>

CRD No.:  <u>CRD-2020-0394</u>            EEOC No.:  <u>35A-2020-00413C</u>

On May 8, 2020 , you filed a charge with the Division of Civil Rights Section alleging employment discrimination.  Arizona law provides that you may bring a civil action in Superior Court of the county where the alleged discriminatory action took place.  Should you decide to file a civil action, you must do so *within 90 days* of the date you receive this Notice or *within one year* of the date you filed the charge, *whichever comes first*, A.R.S. § 41-1481(D.)

*This Notice of Right to Sue letter is being issued because:*

Charging Party has submitted a written request

If you have any questions concerning this notice, please contact us at (520) 628-6500 or toll free at 1-877-491-5740. If you need legal assistance, you should seek the advice of an attorney.

BY:

_____
Patricia G. Bianchi, Compliance Manager

Sent by regular mail this  <u>11ᵗʰ</u>  day of <u>August, 2020</u>

*original:  Timothy Coons, Attorney for Terri McKelvy (Charging Party)*

*cc: Robert Garcia, Attorney for Grupo Mexico, S.A.  (Respondent)*

EEOC Form 161-B (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| | |
|---|---|
| To:   **Terri McKelvy**<br>**Po Box 1404**<br>**Florence, AZ 85132** | From:   Phoenix District Office<br>3300 North Central Ave<br>Suite 690<br>Phoenix, AZ 85012 |

☐  *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **35A-2020-00413** | **Robin Campbell,**<br>**State, Local & Tribal Program Manager** | **(602) 661-0041** |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐  More than 180 days have passed since the filing of this charge.

☒  Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒  The EEOC is terminating its processing of this charge.

☐  The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐  The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐  The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

**Elizabeth Cadle,**
**District Director**

September 30, 2020

*(Date Mailed)*

cc:   Human Resources
GRUPO MEXICO S.A. DE C.V.
5285 W. Williams Circle, Suite 2000
Tucson, AZ 85711

Timothy F. Coons, Esq.
COPPER CANYON LAW
43 East 1st Avenue
Mesa, AZ 85210

Enclosure with EEOC
Form 161-B (11/16)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

PRIVATE SUIT RIGHTS    --    **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice.  Therefore, you should **keep a record of this date**.  Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost.  If you intend to consult an attorney, you should do so promptly.  Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it.  Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction.  (Usually, the appropriate State court is the general civil trial court.)  Whether you file in Federal or State court is a matter for you to decide after talking to your attorney.  Filing this Notice is not enough.  You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief.  Courts often require that a copy of your charge must be attached to the complaint you file in court.  If so, you should remove your birth date from the charge.  Some courts will not accept your complaint where the charge includes a date of birth.  Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge.  Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office.  If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

PRIVATE SUIT RIGHTS    --    **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.  For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008.  This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above.  Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

ATTORNEY REPRESENTATION    --    **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer.  Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney).  Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case.  If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice).  While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case.  Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**.  (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*